1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670

4  Tel: (562) 868-5886
   Fax: (562) 868-5491
5  E-Mail: steven_rohlfinglaw@hotmail.com

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                   WESTERN DIVISION

10

11  GLORIA MEJIA,                    )  Case No.: CV 05-4249 MLG
                                     )
12                                   )   ORDER AWARDING
              Plaintiff,             )  EAJA FEES
13                                   )
    v.                               )
14                                   )
    JO ANNE B. BARNHART,             )
15  COMMISSIONER OF SOCIAL           )
    SECURITY,                        )
16                                   )
              Defendant.             )
17  _____ )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19       IT IS ORDERED, that counsel for Plaintiff is awarded attorney fees

20  under the Equal Access to Justice Act ("EAJA") in the amount of THREE

21  THOUSAND dollars and no/cents ($3,000.00) (the "agreed amount"), subject to

22  the terms of the Stipulation.

23       DATE:

24

25                                   _____
                                     MARC L. GOLDMAN
26                                   United States Magistrate Judge

27

28

                              -1-